David M. Bernick, P.C.
Peter D. Doyle (PD 1735)
Frank Holozubiec
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO KREINBERG,

        Plaintiff,

- against -

THE DOW CHEMICAL COMPANY and
ANDREW N. LIVERIS,

        Defendants.

Case No.: 07 CIV 4557

RULE 7.1 STATEMENT

### DISCLOSURE STATEMENT OF DEFENDANT THE DOW CHEMICAL COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Dow Chemical Company (a nongovernmental corporate party) makes the following disclosure statement:

I. **PARENT CORPORATIONS:**
The Dow Chemical Company has no parent corporation.

II. **PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**
As of May 30, 2007, there is no publicly held company that owns 10% or more of The Dow Chemical Company's stock.

Dated: May 30, 2007

_____
David M. Bernick, P.C.
Peter D. Doyle (PD 1735)
Frank Holozubiec
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Attorneys for Defendants
THE DOW CHEMICAL COMPANY and
ANDREW N. LIVERIS