UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMEO KREINBERG,

          Plaintiff,

- against -

THE DOW CHEMICAL COMPANY and
ANDREW N. LIVERIS,

          Defendants.

Case No.:    07 CV 4557

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK    )

    Benjamin Irizarry, being duly sworn, deposes and says:

    1.    That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

    2.    That on the 30th day of May, 2007, I served a true and correct copy of the following, by hand upon:

        i.    Notice of Removal of State Court Civil Action
        ii.    Civil Cover Sheet
        iii.    3rd Amended Instructions for Filing an Electronic Case or Appeal
        iv.    Procedures for Electronic Case Filing
        v.    Guidelines for Electronic Case Filing
        vi.    Judge Patterson's Rules

                        Arkin Kaplan Rice LLP
                        590 Madison Avenue
                        35th Floor
                        New York, New York 10022
                        Attorney for Plaintiff

                                                        _____
                                                        Benjamin Irizarry

Sworn to before me this
30th day of May, 2007

_____
Notary Public

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 2007