UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
ROMEO KREINBERG,                                   :    No.:  07 CIV 4557
                                                   :         (ECF)
                           Plaintiff,              :
                                                   :    **NOTICE OF APPEARANCE**
     - against -                                   :
                                                   :
THE DOW CHEMICAL COMPANY and ANDREW N.             :
LIVERIS,                                           :
                                                   :
                           Defendants.             :
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that the law firm of Arkin Kaplan Rice LLP hereby appears in this action as counsel for Plaintiff Romeo Kreinberg and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:  New York, New York
        June 7, 2007

                                                  ARKIN KAPLAN RICE LLP

                                                  By:  /s/ Stanley S. Arkin
                                                      Stanley S. Arkin, Esq. (SA-1373)
                                                        Lisa A. Solbakken, Esq.(LS-8910)
                                                       Barrett N. Prinz, Esq. (BP-7167)

                                                  590 Madison Avenue
                                                  New York, New York 10022
                                                  Telephone  (212) 333-0200
                                                  Facsimile:  (212) 333-2350

                                                 *Attorneys for Plaintiff*
                                                 *Romeo Kreinberg*