UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROMEO KREINBERG,             :
                             :  Civ. No. 07-CV-4557 (VM)
           Plaintiff,        :
  - against -                :  **DECLARATION OF LISA**
                             :  **C. SOLBAKKEN IN**
THE DOW CHEMICAL COMPANY and ANDREW N. : **SUPPORT OF**
LIVERIS,                     :  **KREINBERG'S MOTION**
                             :  **TO DISMISS THE**
           Defendants.       :  **COUNTERCLAIMS OF**
                             :  **THE DOW CHEMICAL**
                             :  **COMPANY**
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) s.s.
COUNTY OF NEW YORK   )

## DECLARATION OF LISA C. SOLBAKKEN

I, Lisa C. Solbakken, Esq., hereby declare that:

1. I am an attorney with the law firm Arkin Kaplan Rice LLP, counsel for Romeo Kreinberg in the above referenced matter. I make this Declaration in Support of Mr. Kreinberg's Motion to Dismiss the counterclaims brought against him by Defendant The Dow Chemical Company.

2. Attached hereto as Exhibit A is a true and correct copy of the following article: Neil Hume, "Enterprise Inns Leads FTSE Higher," *FT.com*, January 18, 2007, 2007 WLNR 1115842.

3. Attached hereto as Exhibit B is a true and correct copy of the following article: Lawrie Holmes, "US Chemical Giant Set for Record Sale," *Sunday Express*, February 25, 2007, 2007 WLNR 3702447.

4. Attached hereto as Exhibit C is a true and correct copy of the following article: Chris Blackhurst, "Why Brown Must Buy Crossrail and Games," *Evening Standard*, March 12, 2007, 2007 WLNR 4673103.

5. Attached hereto as Exhibit D is a true and correct copy of the following article: Lawrie Holmes, "US Giant on Verge of $50bn Record Buyout," *Sunday Express*, April 8, 2007, 2007 WLNR 6748772.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 10, 2007

                                              /s/Lisa C. Solbakken
                                              Lisa C. Solbakken