```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ROMEO KREINBERG,                        :
                                        :
                    Plaintiff,          :
                                        :    07 CV 4557 (VM)
         -against-                      :
                                        :    ORDER
THE DOW CHEMICAL COMPANY and            :
ANDREW N. LIVERIS,                      :
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Decision and Order dated July 23, 2007 the Court directed the Clerk of Court to transfer this action to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a) and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of July 23, 2007 the Clerk of Court is directed to transfer this case to the Eastern District of Michigan and close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         30 July 2007

                                        _____
                                                VICTOR MARRERO
                                                   U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-07